Peter H. Liederman  SB No. 201103
2444 Russell St.
Berkeley CA 94705
(510) 681-6916 Telephone
(510) 540-6390 Facsimile

Attorney for Favoured Development Ltd, Plaintiff

# UNITED STATES  DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| FAVOURED DEVELOPMENT LTD. | ) CASE NO.: CV 06-02752 MJJ |
| | ) |
| | ) ~~Proposed~~ |
| | ) **ORDER** |
| Plaintiff | ) **ON EX PARTE REQUEST TO ENLARGE** |
| | ) **TIME TO FILE OPPOSITION TO** |
| | ) **MOTION FOR AWARD OF TAXABLE** |
| | ) **COSTS AND ATTORNEYS FEES** |
| v. | ) |
| | ) |
| ALTON LOMAS | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

RULING

Good cause being shown, Plaintiff's request to enlarge his time to file an opposition, if any, to
Defendant's Request for costs and attorneys fees, is granted.  Plaintiff shall file his opposition, if
any, not later than May 7, 2007.

Dated: 4/27/07

IT IS SO ORDERED

Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ORDER  -1-