UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAVOURED DEVELOPMENTS LIMITED,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ALTON A. LOMAS, et al.<br><br>　　　　Defendant(s). | No. C06-2752 MJJ (BZ)<br><br>**SCHEDULING ORDER** |

　　Defendant's motion for award of taxable costs and attorney's fees having been referred to me for report and recommendation, and plaintiff's opposition having been ordered filed by May 7, 2007, **IT IS ORDERED** that any reply be filed by **May 14, 2007** and that the motion shall be heard on **Wednesday, May 30, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 2, 2007

　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\Favoured Developments\Sch.Order.wpd

1