**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAVOURED DEVELOPMENTS LIMITED, | No. C06-02752 MJJ |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE TO BRIEFING SCHEDULE** |
| v. | |
| ALTON A. LOMAS, | |
| Defendant. | |

On August 28, 2007, the parties filed a stipulated request pursuant to Local Rule 7-7 for a continuance to the briefing schedule and hearing for Defendants' Motion For An Order Granting Defendant Leave To File A Motion For De Novo Review. Good cause appearing therefor, and pursuant to stipulation, the Court **GRANTS** the request for a continuance. Plaintiff shall file an opposition to the Motion, if any, by **September 4, 2007**. Defendant shall file a reply, if any, no later than **September 11, 2007**. The September 18, 2007 hearing is continued until **September 25, 2007**.

**IT IS SO ORDERED.**

Dated: August 28, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE