**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAVOURED DEVELOPMENTS LIMITED, | No. C06-02752 MJJ |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE MOTION FOR DE NOVO REVIEW AND SETTING BRIEFING SCHEDULE** |
| v. | |
| ALTON A. LOMAS, | |
| Defendant. | |

## INTRODUCTION

Before the Court is Defendant's Motion For An Order Granting Defendant Leave To File A Notice Of Motion And Motion For De Novo Review Of The Report And Recommendation On Defendant's Motion For Attorneys' Fees And Costs; For Expansion Of Record, And Amended Written Objection To Magistrate Judge's Report And Recommendation On Defendant's Motion For Attorneys' Fees And Costs In Accord With 28 U.S.C. § 636(b)(1) And Fed. R. Civ. P. 72(b). (Docket No. 60.)[1]

The Court finds that good cause exists for granting leave to Defendant to file his proposed motion attached as Exhibit A to the August 10, 2007 Declaration of Lawrence A. Callaghan. (Docket No. 61, Exhibit A.) Within ten days of the Magistrate's Report and Recommendation ("R&R") recommending that the Court deny all fees and costs, Defendant filed written objections

---

[1] The Court **GRANTS** Plaintiff's administrative motion for leave to file a surreply (Docket No. 72), and has considered that surreply in resolving the instant Motion.

("Objections") to the R&R.  The Objections stated that they were brought under Fed. R. Civ. P 72(a), which governs challenges only to Magistrate rulings on non-dispositive motions.  The Objections were not accompanied by a motion for de novo review or a motion for expansion of the record as required by Civil Local Rule 72-3.  However, in substance, the Objections included a request that the Court make a de novo determination of Defendant's motion for costs and fees, and also requested that the Court admit additional billing records.  Accordingly, although Defendant did not technically comply with Local Rule 72-3 within 10 days of the Magistrate's R&R, Defendant's timely Objections did put Plaintiff on notice of his intent to challenge the Magistrate's finding and the specific grounds and bases therefor.  Defendant's Objections arguably also complied with the requirements of Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1), which contemplate that the district judge "shall" and make a de novo determination after objections have been timely filed.   Under these circumstances, where there is no substantial prejudice to Plaintiff, the interests of justice counsel this Court to conduct a de novo review of the Magistrate's R&R despite Defendant's technical noncompliance with Local Rule 72-3.

Accordingly, the Court **GRANTS** Defendant's motion for leave.  Defendant **SHALL** file the proposed motion (Docket No. 61, Exhibit A) **no later than Wednesday, October 17**.  Plaintiff **SHALL** file its opposition to that motion **no later than Wednesday, October 24**, at which time the matter will be deemed submitted.  The Court will then evaluate Defendant's request for expansion of the record, and will also conduct a de novo review of the amount of appropriate fees.  No reply brief, further submissions, or oral argument will be entertained absent further order of the Court.

**IT IS SO ORDERED.**

Dated: October 15, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2