United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAVOURED DEVELOPMENTS LIMITED, | No. C06-02752 MJJ |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALTON A. LOMAS, | |
| Defendant. | |

The suit is dismissed WITHOUT prejudice, and plaintiff shall take nothing by the complaint.

Dated: October 23, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE